## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JUAN DAVID RESTREPO-GUERRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02004-TLP-tmp |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, in his Official Capacity, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Petitioner's Petition, filed

on January 9, 2026.  (ECF No. 1.)  In accordance with the Order Granting Petition for Writ of

Habeas Corpus and Directing the Clerk to Modify the Docket (ECF No. 10), entered by the

Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH**

**PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

January 28, 2026
Date